Order issued November 9th, 2012

004835



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01420-CR

**MARIANO CARCUS RIVON, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The mandate issued in this cause on October 24, 2012 is **WITHDRAWN** and a new mandate will issue forthwith.

MARTIN RICHTER
JUSTICE